UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:25-CR-00372(1)-ADA |
| | § | |
| (1) SEAN CHRISTOPHER SLADEK | § | |

ORDER SETTING SCHEDULE

The Court enters the following schedule upon Defendant's plea of "Not Guilty" at Arraignment.

PLEA AGREEMENT DEADLINE

Pursuant to Federal Rules of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in U.S.A. v. Ellis, 547 F.2d 863 (5th Cir. 1977), any plea bargain or plea agreement entered into by the parties in this cause shall be made known in writing to this Court on or before **November 10, 2025**.  No plea bargain or plea agreement entered into after this date shall be honored by this Court without good cause shown for delay.  SHOULD A PLEA AGREEMENT BE REACHED, **REARRAIGNMENT** WILL BE HELD AT 2:00pm **before Judge Mark Lane on November 25, 2025,** in Courtroom #8, on the 7th Floor at Austin, Texas UNLESS AN EARLIER DATE IS SCHEDULED WITH THE COURTROOM DEPUTY CLERK.

TRIAL SETTING

Subject only to Orders of this Court, this case is set for **JURY SELECTION AND TRIAL** on **December 8, 2025** at **9:00 A.M. AT U.S. COURTHOUSE, COURTROOM NO. #5, 6th FLOOR, 501 W 5th STREET, AUSTIN, TEXAS.** Counsel should be prepared for commencement of trial immediately after jury selection or on date set out above.  Requested voir dire questions must be submitted to the Court at least five (5) days before jury selection.

SIGNED this 7th day of October, 2025

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE