UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00372(1)-ADA |
| | § | |
| (1) SEAN CHRISTOPHER SLADEK | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 29, 2026, wherein the defendant (1) SEAN CHRISTOPHER SLADEK waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) SEAN CHRISTOPHER SLADEK to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) SEAN CHRISTOPHER SLADEK 's plea of guilty to Count One (1) is accepted.

Signed this 21st day of July, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE